FRED J. KNEZ, ESQ. SBN 94038
E-mail: fredknez@knezlaw.com
ANDREW J. KNEZ, ESQ. SBN 296894
E-mail: andrewknez@knezlaw.com
MATTHEW J. KNEZ, ESQ. SBN 303070
E-mail: matthewknez@knezlaw.com
KNEZ LAW GROUP, LLP
6780 Indiana Ave., Suite 150
Riverside, CA 92506
Telephone: (951) 742-7681
Facsimile: (951) 742-7681

Attorneys for Plaintiff, JACOB LEE GAMBLE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JACOB LEE GAMBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation; G4S SECURE SOLUTIONS, a Florida Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE No.:  5:20-cv-02636 JLS (SHKx)<br><br>**DECLARATION OF ANDREW J. KNEZ REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

1. I am an attorney licensed to practice law in the State of California and attorney of record for Plaintiff, JACOB GAMBLE. The facts set forth herein below are of my own personal knowledge and if called upon to do so, I could and would competently testify to them.

2. The Complaint in this matter was filed in Riverside Superior Court on October 29, 2020 and my office effected service of both Defendants on November 23, 2020. Defendant, G4S shortly thereafter removed the case to Federal Court,

---

**DECLARATION OF ANDREW J. KNEZ REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

- 1 -

Central District. We have been contacted by counsel for Bank of America and they have requested an extension up to and including January 27, 2021 to file a responsive pleading because G4S has tendered a defense for Defendant, Bank of America and they are finalizing their agreement. Attached as **Exhibit A** are true and correct copies of the email exchanges between counsel and I regarding the extension. If G4S and Bank of America do not file a response pleading by January 27, 2021, my office will file a Request to Enter Default. Therefore, Plaintiff respectfully request the Court vacate the OSC re dismissal for lack of prosecution.

      I, Andrew J. Knez, Esq. declare under penalty of perjury under the laws of the State of California that the forgoing is true and accurate.

Dated: January 21, 2021          */s/ Andrew J. Knez*
                                      ANDREW J. KNEZ, ESQ.

**DECLARATION OF ANDREW J. KNEZ REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

# EXHIBIT "A"

| | |
|---|---|
| **From:** | Elizabeth Schaus |
| **To:** | Andrew Knez (andrewknez@knezlaw.com) |
| **Cc:** | info; Mary Hayes (maryhayes@knezlaw.com); "Morris, Ashley R."; Michael D. Hirsch; "CA_44_034 CorVel Corporation _ Jacob Lee Gamble v_ Bank of America Corporation_ G4S Secure E_mail" |
| **Subject:** | RE: Gamble v. Bank of America, et al.-[Extension re: BofA responsive pleading] [CE-DOCS.FID48462] |
| **Date:** | Tuesday, January 19, 2021 3:41:34 PM |

Mr. Knez,

This will memorialize the final extension granted by your office to January 27, 2021 for BofA to file a responsive pleading. Thank you for the professional courtesy.

As I advised Mary of your office, G4S has accepted BofA's tender of defense and indemnity. Ashley Morris of Wilson Elsner, who also represents G4S, will be taking over BofA's defense in this matter. Thank you.



**Elizabeth Schaus** | Christensen Hsu Sipes LLP
1629 Cravens Ave. | Torrance, CA 90501
C 818 517 4001 | D 310 222 5750 | O 310 222 8607
elizabeth@chs.law | www.chs.law

Christensen Hsu Sipes LLP is a law firm operating through separately constituted and regulated legal entities which provide legal services in accordance with the relevant laws of the jurisdictions in which they operate. This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender, and delete this copy from your system. Thank you for your cooperation.

**From:** Andrew Knez (andrewknez@knezlaw.com) <andrewknez@knezlaw.com>
**Sent:** Thursday, December 31, 2020 11:05 AM
**To:** Elizabeth Schaus <elizabeth@chs.law>
**Cc:** info <info@knezlaw.com>; Lucy Oyos <lucy@chs.law>; Michael D. Hirsch <mike@chs.law>; 'CA_44_034 CorVel Corporation _ Jacob Lee Gamble v_ Bank of America Corporation_ G4S Secure E_mail' <{F48462}.DOCS@9703f.imanage.work>
**Subject:** RE: Gamble v. Bank of America, et al.-[Extension re: BofA responsive pleading] [CE-DOCS.FID48462]

**\*\*CAUTION\*\*** External Email

Hi Ms. Schaus,

Extension granted.

Best regards,

**Andrew J. Knez**
*Attorney at Law*
6780 Indiana Ave., Suite 150
Riverside CA 92506
P: (951) 742-7681
F: (951) 742-7685



*Disclaimer: This message and any attached documents contain information which may be confidential, privileged, or exempt from disclosure under applicable law. These materials are intended only for the use of the intended recipient. Delivery of this message to any person, other than the intended recipient, shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication. If you are not the intended recipient, please notify the sender and delete the material from any computer. Any dissemination or reproduction of this message or attachments is strictly prohibited.*

---

**From:** Elizabeth Schaus <elizabeth@chs.law>
**Sent:** Thursday, December 31, 2020 8:57 AM
**To:** Andrew Knez (andrewknez@knezlaw.com) <andrewknez@knezlaw.com>
**Cc:** info <info@knezlaw.com>; Lucy Oyos <lucy@chs.law>; Michael D. Hirsch <mike@chs.law>; 'CA_44_034 CorVel Corporation _ Jacob Lee Gamble v_ Bank of America Corporation_ G4S Secure E_mail' <{F48462}.DOCS@9703f.imanage.work>
**Subject:** RE: Gamble v. Bank of America, et al.-[Extension re: BofA responsive pleading] [CE-DOCS.FID48462]

Good morning Mr. Knez,

We have recently been informed that BofA's tender to G4S has been accepted. May we please have an additional 2 week extension to January 20, 2021, to file a responsive pleading in order to first iron out the details of the tender acceptance?



**Elizabeth Schaus, Esq.** | Christensen Hsu Sipes LLP
1629 Cravens Ave. | Torrance, CA 90501
C 818 517 4001 | D 310 222 5750 | O 310 222 8607
elizabeth@chs.law | www.chs.law

Christensen Hsu Sipes LLP is a law firm operating through separately constituted and regulated legal entities which provide legal services in accordance with the relevant laws of the jurisdictions in which they operate. This email and any attachments are confidential

and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited.  If you have received this email in error, please notify us immediately by returning it to the sender, and delete this copy from your system.  Thank you for your cooperation.

**From:** Elizabeth Schaus
**Sent:** Wednesday, December 16, 2020 4:14 PM
**To:** 'andrewknez@knezlaw.com' <andrewknez@knezlaw.com>
**Cc:** 'info@knezlaw.com' <info@knezlaw.com>; Lucy Oyos <lucy@chs.law>; Michael D. Hirsch <mike@chs.law>; 'CA_44_034 CorVel Corporation _ Jacob Lee Gamble v_ Bank of America Corporation_ G4S Secure E_mail' <{F48462}.DOCS@9703f.imanage.work>
**Subject:** Gamble v. Bank of America, et al.-[Extension re: BofA responsive pleading] [CE-DOCS.FID48462]

Mr. Knez,

This will confirm that your office has graciously agreed to extend the deadline for Bank of America, N.A. to file a responsive pleading in the above-referenced matter to January 6, 2021.  Thank you for your professional courtesy in this regard and happy holidays.



**Elizabeth Schaus, Esq.** | Christensen Hsu Sipes LLP
1629 Cravens Ave. | Torrance, CA 90501
C 818 517 4001 | D 310 222 5750 | O 310 222 8607
elizabeth@chs.law | www.chs.law

Christensen Hsu Sipes LLP is a law firm operating through separately constituted and regulated legal entities which provide legal services in accordance with the relevant laws of the jurisdictions in which they operate.  This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited.  If you have received this email in error, please notify us immediately by returning it to the sender, and delete this copy from your system.  Thank you for your cooperation.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

DATED: January 21, 2021                Respectfully submitted,

                                                   KNEZ LAW GROUP, LLP

                                                   BY: /s/ Andrew J. Knez
                                                           FRED J. KNEZ
                                                           ANDREW J. KNEZ
                                                           MATTHEW J. KNEZ

Attorneys for Plaintiff, Jacob Gamble

---

DECLARATION OF ANDREW J. KNEZ REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

- 3 -

PROOF OF SERVICE OF DOCUMENT

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to this action. My business address is <u>6780 Indiana Ave, Ste 150, Riverside, CA 92506.</u>

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ANDREW J. KNEZ REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** was served (a) on the judge in chambers in the form and manner required by Civ.L.R. 5-4(a)(3); and (b) in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Fed.R.Civ.P. 58 and 79, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) November 6, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ashley R. Moris
  ashley.morris@wilsonelser.com

**2.    SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24hours after the document is filed.

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P.5 and/or controlling LR, on November 6, 2020. I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- Honorable Judge Josephine L. Staton

*"Service information continued on attached page"*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| <u>January 21, 2021</u> | <u>Mary K. Hayes</u> | <u>/s/ Mary K. Hayes</u> |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DECLARATION OF ANDREW J. KNEZ REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

- 4 -

Attached Service List
Jason Gamble v. Bank of America Corporation, et al.
Case No.: 5:20-cv-02636 JLS (SHKx)

| | |
|---|---|
| Ashley R, Moris<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>555 South Flower St. Suite 2900<br>Los Angeles CA 90071<br>P: 213-443-5100<br>F: 213-443-5101<br>E: ashley.morris@wilsonelser.com | Attorneys for Defendant G4S |
| Ronald Reagan Federal Building<br>United States Courthouse<br>411 West Fourth Street, Ctrm 10A, 10th Fl<br>Santa Ana, CA, 92701-4516 | Honorable Judge Josephine L Staton |

**DECLARATION OF ANDREW J. KNEZ REGARDING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**