UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  5:20-cv-02636-JLS-SHK                                 Date: June 29, 2021
Title: Jacob Lee Gamble v. G4S Secure Solutions et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER VACATING HEARING AND REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL**

The Court is in receipt of the mediation report, filed on June 24, 2021, reflecting that this case has been fully settled.  (Mediation Report, Doc. 29.)  Accordingly, the hearing on Defendants' motion to dismiss, currently set for July 2, 2021 at 10:30 a.m., is VACATED.  The Court ORDERS all proceedings in the case stayed and that this action is removed from the Court's active caseload.

The parties are ORDERED to file a Stipulation of Dismissal no later than July 30, 2021 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.  Until the Dismissal Date, the Court retains full jurisdiction over this action.

Initials of Deputy Clerk: mku